UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | **ORDER** |
| - against - | : | 09 Cr. 909-1 (DC) |
| RIGOBERTO RENTERIA-ANDRADE, | : | |
| Defendant. | : | |

- - - - - - - - - - - - - - - - - -x

**CHIN, Circuit Judge**:

      The conference scheduled for April 14, 2020 is hereby adjourned until Wednesday, May 27, 2020 at 2 p.m. On consent of the parties, in light of current circumstances, and in the interest of justice, the time until then is excluded for speedy trial purposes.

      SO ORDERED.

Dated: New York, New York
       April 10, 2020

                                      ___s/Denny Chin_____
                                      DENNY CHIN
                                      United States Circuit Judge
                                      Sitting by Designation