```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA          :        ORDER

        - against -                :        09 Cr. 909-1 (DC)

RIGOBERTO RENTERIA-ANDRADE,        :

                Defendant.         :

- - - - - - - - - - - - - - - - -x
```

**CHIN, Circuit Judge**:

        The conference scheduled for July 13, 2020 is hereby adjourned until Monday, August 3, 2020, at 1 p.m.  On consent of the parties, in light of current circumstances, and in the interest of justice, the time until August 3, 2020, is excluded for speedy trial purposes.  The Court will update the parties with instructions to participate in the teleconference.

        SO ORDERED.

Dated:   New York, New York
        July 13, 2020

                                    ___s/Denny Chin_____
                                    DENNY CHIN
                                    United States Circuit Judge
                                    Sitting by Designation