```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA            :      ORDER

       - against -                  :      09 Cr. 909-1 (DC)

RIGOBERTO RENTERIA-ANDRADE,         :

              Defendant.            :

- - - - - - - - - - - - - - - - - -x
```

**CHIN, Circuit Judge**:

        As requested, defense counsel will be given an opportunity to speak with the defendant, Rigoberto Renteria-Andrade, by telephone fifteen minutes before the conference scheduled for August 3 at 1 p.m.  Accordingly, at 12:45 p.m. on August 3, 2020, the Westchester County Jail will call defense counsel at the telephone number listed on the docket, which defense counsel has confirmed with Chambers.  Before August 3, 2020, Chambers will provide counsel with a telephone number at which the interpreter can be reached at the time of the pre-conference; it is counsel's responsibility to conference the interpreter in with the defendant for the pre-conference.

        Shortly before the teleconference, counsel shall call (917) 933-2166 and enter the following conference identification number:  680 431 835#.  Members of the press and public who wish to listen in on the conference may call the same number and use

the same conference identification code; but they will not be permitted to speak during the conference.

SO ORDERED.

Dated: New York, New York
July 20, 2020

                                            ___s/Denny Chin_____
DENNY CHIN
United States Circuit Judge
Sitting by Designation