UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA          :          **ORDER**

     - against -          :          09 Cr. 909-1 (DC)

RIGOBERTO RENTERIA-ANDRADE,          :

               Defendant.     :

- - - - - - - - - - - - - - - - - -x

**CHIN, Circuit Judge:**

       The next conference in this matter is scheduled for Wednesday, October 7, 2020, at 1 p.m.  As requested, defense counsel will be given an opportunity to speak with the defendant, Rigoberto Renteria-Andrade, by telephone fifteen minutes before the conference begins.  Accordingly, at 12:45 p.m. on October 7, 2020, the Westchester County Jail will call defense counsel at the telephone number listed on the docket. Chambers has provided counsel with a telephone number at which the interpreter can be reached at the time of the pre-conference; it is counsel's responsibility to conference the interpreter in with the defendant for the pre-conference.

       Shortly before the teleconference, counsel shall call (917)-933-2166 and enter the following conference ID: 837 662 922#.  Members of the press and public who wish to listen in on

the conference may call the same number; but they will not be permitted to speak during the conference.

SO ORDERED.

Dated:     New York, New York
           September 22, 2020


                                   ___s/Denny Chin_____
                                   DENNY CHIN
                                   United States Circuit Judge
                                   Sitting by Designation

-2-