```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA          :      ORDER

        - against -               :      09 Cr. 909-1 (DC)

RIGOBERTO RENTERIA-ANDRADE,       :

                Defendant.        :

- - - - - - - - - - - - - - - - -x
```

**CHIN, Circuit Judge**:

        The next conference in this matter is scheduled for Wednesday, December 9, 2020, at 1 p.m.  As requested, defense counsel will be given an opportunity to speak with the defendant, Rigoberto Renteria-Andrade, by telephone fifteen minutes before the conference begins.  Accordingly, at 12:45 p.m. on December 9, 2020, the Westchester County Jail will call defense counsel at the telephone number listed on the docket.  Once an interpreter has been assigned for the teleconference, Chambers will provide counsel with a telephone number at which the interpreter can be reached at the time of the pre-conference; it is counsel's responsibility to conference the interpreter in with the defendant for the pre-conference.

        Shortly before the teleconference, counsel shall call (917)-933-2166 and enter the following conference ID: 837 662 922#.  Members of the press and public who wish to listen in on

the conference may call the same number; but they will not be permitted to speak during the conference.

On consent of the parties, in light of current circumstances, and in the interest of justice, the time until December 9, 2020, is excluded for speedy trial purposes.

SO ORDERED.

Dated:   New York, New York
         October 20, 2020

\_\_\_s/Denny Chin_____
DENNY CHIN
United States Circuit Judge
Sitting by Designation