```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA         :      ORDER

      - against -                :      09 Cr. 909-1 (DC)

RIGOBERTO RENTERIA-ANDRADE,      :

            Defendant.           :

- - - - - - - - - - - - - - - - -x
```

**CHIN, Circuit Judge:**

      The conference that had been scheduled for January 19, 2021, is hereby adjourned until Friday, March 5, 2021.  Chambers will issue a subsequent order providing the time and access information for the teleconference.

      As requested, defense counsel will be given an opportunity to speak with the defendant, Rigoberto Renteria-Andrade, by telephone fifteen minutes before the conference begins -- at that time, the Westchester County Jail will call defense counsel at the telephone number listed on the docket.

      Once an interpreter has been assigned for the teleconference, Chambers will provide counsel with a telephone number at which the interpreter can be reached at the time of the pre-conference; it is counsel's responsibility to conference the interpreter in with the defendant for the pre-conference.

Shortly before the teleconference, counsel shall call into the meeting using the information to be provided by chambers in a future order.  Members of the press and public who wish to listen in on the conference may call the same number; but they will not be permitted to speak during the conference.

On consent of the parties, in light of current circumstances, and in the interest of justice, the time until March 5, 2021, is excluded for speedy trial purposes.

SO ORDERED.

Dated:   New York, New York
         January 12, 2021

```
   s/Denny Chin
_____
DENNY CHIN
United States Circuit Judge
Sitting by Designation
```