UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA           :        **ORDER**

   - against -                    :        09 Cr. 909-1 (DC)

RIGOBERTO RENTERIA-ANDRADE,        :

              Defendant.     :

- - - - - - - - - - - - - - - - -x

**CHIN, Circuit Judge**:

        The next conference in this matter scheduled for March 5, 2021, will take place at 11 a.m.

        As requested, defense counsel will be given an opportunity to speak with the defendant, Rigoberto Renteria-Andrade, by telephone fifteen minutes before the conference begins. Accordingly, at 10:45 a.m. on March 5, 2021, the Westchester County Jail will call defense counsel at the telephone number listed on the docket.  Chambers has provided defense counsel with a telephone number at which a Spanish-speaking interpreter can be reached at the time of the pre-conference; it is counsel's responsibility to conference the interpreter in with the defendant for the pre-conference.

        Shortly before the conference, counsel shall call (877) 402-9753 and enter the following access code: 5227720. Members of the press and public who wish to listen in on the

conference may call the same number, but they will not be permitted to speak during the conference.

SO ORDERED.

Dated: New York, New York
February 12, 2021

                                                         ___s/Denny Chin_____
DENNY CHIN
United States Circuit Judge
Sitting by Designation