```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA           :      ORDER

       - against -                 :      09 Cr. 909-1 (DC)

RIGOBERTO RENTERIA-ANDRADE,        :

              Defendant.           :

- - - - - - - - - - - - - - - - - -x
```

**CHIN, Circuit Judge**:

    As requested by the defendant with the consent of the government, Dkt. No. 46, the conference that had been scheduled for January 12, 2022, is hereby adjourned until March 10, 2022, at 2 p.m.  Chambers will subsequently provide the location of the conference.

    On consent of the parties, in light of current circumstances, and in the interest of justice, the time until March 10, 2022, is excluded for speedy trial purposes.

    SO ORDERED.

Dated:  New York, New York
     December 30, 2021

                           ___s/Denny Chin_____
                               DENNY CHIN
                               United States Circuit Judge
                               Sitting by Designation