

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 7, 2022

**BY ECF**

The Honorable Denny Chin
United States Circuit Judge
Court of Appeals for the Second Circuit
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

Re:   *United States v. Rigoberto Renteria-Andrade*, 09 Cr. 909 (DC)

Dear Judge Chin:

The Government writes, with consent of the defense, to seek a brief two-day adjournment of its deadline for filing a sentencing submission in the above-referenced case. Yesterday, the undersigned completed a trial before the Honorable Katherine Polk Failla, and the jury is currently deliberating. *See United States v. Cristobal*, S1 20 Cr. 463 (KPF) (S.D.N.Y.). In light of this conflict, the Government respectfully requests an additional two days to file its sentencing submission, adjourning the deadline from today, September 7, 2022, to Friday, September 9, 2022. Counsel for the defendant consents to this request.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____
Kyle A. Wirshba
Assistant United States Attorney
(212) 637-2493

Approved.
SO ORDERED.
[signature]
USCJ
9-7-2022

cc:   All counsel (by ECF)